☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **In re:**    **Kimberly Nicole Nunn** | **Case No.** |
| **Debtors:** | **Chapter 13** |

### CHAPTER 13 PLAN

**ADDRESS:**    **(1)**   **4216 Luther Rd**      **(2)** _____
**Memphis, TN 38135**

**PLAN PAYMENT:**
    **Debtor(1)** shall pay $   **1,190.00**      ( ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ☑ **PAYROLL DEDUCTION** From:    **AYA Healthcare**      **OR ( ) DIRECT PAY**

    **Debtor(2)** shall pay $ _____ ( ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
      ☐ **PAYROLL DEDUCTION** From: _____ **OR (   ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

    (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**    ☐ **YES**    ☑ **NO**
    (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**    ☑ **YES**    ☐ **NO**
       **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
    (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**    ☐ **YES**    ☑ **NO**

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                      Monthly Plan Payment:

   **None**           Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
                    ongoing payment begins _____   $ _____
                    Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

   **-NONE-**                 Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☑ Paid by Trustee to:

| | | | |
|---|---|---|---|
| **Regions Bank** | ongoing payment begins | September 2019 | $**471.12** |
| | Approximate arrearage: **5,506.24** | Interest **0.00** | $**92.00** |
| **Wells Fargo Home Mortgage** | ongoing payment begins | September 2019 | $**792.00** |
| | Approximate arrearage: **13,743.42** | Interest **0.00** | $**230.00** |

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value Collateral/Claim: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **City Of Bartlett** | **536.25** | **18.00** | $**14.00** |
| **Santander Consumer USA** | **23,375.00** | **7.25** | $**466.00** |
| **Shelby County Trustee, David Lenoir** | **5,985.42** | **18.00** | $**152.00** |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]
**-NONE-**

| Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|
| | | $ |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|
| | | $ |

**-NONE-**

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None          ☐ Not provided for  **OR** ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $53,597.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ **0.00** **%, OR,**
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**Home Decor: Furniture Lease**          ☑ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/ B. David Sweeney**          Date **May 7, 2019** .
**B. David Sweeney 012821**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy